IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL L. ROSEBAR, | : |
|     Petitioner | : |
|     v. | : Case No. 3:23-cv-317-SLH-KAP |
| MICHAEL UNDERWOOD, WARDEN, | : |
| F.C.I. LORETTO, *et al.*, | : |
|     Respondents | : |

<u>Memorandum Order</u>

Petitioner's "Motion to be Release[d] 42 U.S.C.§1983 … ," ECF no. 9, is denied for the same reason his previous motion at ECF no. 7 was denied in April.

My recommendation that petitioner's underlying petition be dismissed as an abuse of the writ is pending. Petitioner has objections pending to that recommendation. Since this is a ruling on a nondispositive motion, the petitioner can also appeal this ruling to the court pursuant to 28 U.S.C.§ 636(b)(1).

DATE: November 25, 2024

                                          Keith A. Pesto,
                                          United States Magistrate Judge

Notice to counsel by ECF and by U.S. Mail to:

Michael Lawrence Rosebar, Reg. No. 34802-016
F. C. I. Loretto
P.O. Box 1000
Cresson, PA 16630